# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address*)<br><br>362 S. Wolff Street<br>Denver, CO 80219<br>more fully described in Attachment A, attached<br>hereto, and to include all out-buildings<br>located thereon. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   16-sw-05653-MJW

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

located in the _____ State and _____ District of _____ Colorado _____, there is now concealed *(identify the person or describe the property to be seized)*:
**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 922(n) | Illegal Receipt of a Firearm by a Person Under Indictment |
| 18 U.S.C. Section 922(j) | Possession of a Stolen Firearm |

The application is based on these facts:

**X** Continued on the attached affidavit, which is incorporated by reference.
☐ Delayed notice of _____days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/Alan Breneman*
*Applicant's signature*

Alan Breneman, Special Agent, ATF
*Printed name and title*

Sworn to before me and:  ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **15 Jul 2016**

*Judge's signature*

City and state:  Denver, CO

Michael J. Watanabe U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A
## PROPERTY TO BE SEARCHED

The residence at 362 S Wolff Street in Denver, CO 80219 is the first structure located on the east side of Wolff Street south of the intersection of W. Nevada Pl. and S. Wolff St.  The residence is a two story, duplex, with a red and tan brick facade, having brown trim.  The roof appears to have reddish brown asphalt shingles.  The front door is downstairs on the south east corner and not visible from the street.  On the south west corner of residence, the numbers "362" appear in white on a small brown placard.  This residence also has a large window to the left of the front door.  The property to be searched is shown in photographs below.





## ATTACHMENT B

### ITEMS TO BE SEARCHED FOR AND SEIZED

Any and all evidence, fruits, and instrumentalities of the unlawful possession of firearms and stolen firearms, in violation of 18 U.S.C. §§ 922(n) and 922(j), including the following:

1. Firearms, firearm parts, and ammunition.

2. Evidence of firearm or ammunition possession, including holsters, gun safes, carrying cases, receipts from shooting ranges, cleaning kits, and receipts, documents, or records related to the sale or purchase of any firearms or ammunitions.

3. Any U.S. currency and financial proceeds from dealing in illegal firearms.

4. Records that establish the person who has control possession, custody or dominion over the property, to include mail, bills, keys, rent receipts, leases, mortgage documents, and correspondence with or documents issued by government agencies.

5. Evidence or indicia of ownership or control over any items seized pursuant to this warrant, to include identification documents or personal items in close proximity to firearms, ammunition, and cellular phones.

6. Financial and bank records, money orders and cashier's checks, safe deposit box keys, safes, computer systems and information contained on computer disks and other items evidencing the possession, transfer, and/or concealment of assets or expenditures of money.

7. Communications in any format, written or electronic, about obtaining, stealing, possessing, transporting, selling and/or distributing firearms.

8. Photographs, in any format, printed or electronic, and videos showing firearms or ammunition or people in possession of firearms or ammunition.

9. Contact information, ledgers, notes in any format, electronic or written, related to the source of firearms or theft of firearms or tending to establish the possession of firearms or transfer of firearms or affiliation with other co-conspirators.

10. Cellular telephone(s) and/or electronic devices capable of storing any of the items listed above. An additional search warrant will be requested to search any of these devices.

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR A SEARCH WARRANT

I, Alan Breneman, being duly sworn, depose and state that the following is true to the best of my information, knowledge, and belief:

### *Introduction and Agent Background*

1.      I am a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol Tobacco, Firearms and Explosives (ATF) and have been since May 2014.   Prior to being employed by ATF, I was a Detective with the Denver Police Department (DPD) for approximately nineteen and one half years.  I am currently assigned to the Denver I Field Office, where I work with sworn law enforcement officers of state and local agencies throughout the District of Colorado.  My primary duties involve the investigation of Federal firearm violations and their associated use in violent crime and narcotics violations.  I have participated in numerous search warrants, the majority of which were for controlled substances and firearms and involved the seizure of illegal drugs, documents, weapons, and money.   I have debriefed, interviewed, and discussed with numerous defendants, confidential sources and highly experienced investigators at the state and federal level, the techniques and methods of firearms and narcotics possession and distribution.

2.      This affidavit is submitted in support of an application for a warrant to search the residence, including the curtilage, of Antonio MESTAS-TRUJILLO, born in 1997, an individual currently under a State Information Filing in Denver District Court, Filed on May 27, 2015 and a self-admitted "West Side CMG", Blood Gang member.  The residence is located at 362 S. Wolff Street in Denver, CO 80219, and is more fully described and shown in photographs in Attachment A.   I further seek permission to seize and search electronic devices of Antonio MESTAS-TRUJILLO on his person or at the property described in Attachment A.   As will be described, Antonio MESTAS-TRUJILLO was seen carrying multiple firearms into residence.  I submit there is probable cause to believe the property described in Attachment A contains the evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 922(n) and 922(j), involving the possession of firearms by an individual currently under a State Information Filing and the possession of stolen firearms.   Therefore, I seek permission to search for the items listed in Attachment B.

3.      This affidavit is based on my personal observations as well as information provided by other sworn law enforcement officers.  The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all information known to me or others in this investigation.  Rather, this affidavit sets forth facts in support of a search warrant for the residence of Antonio MESTAS-TRUJILLO, for violations of 18 U.S.C. §§ 922(n) and 922(j).  However, I have not omitted any material fact which undermines the statements and conclusions herein.

### *Background about Possession of Stolen Firearms Sales*

4.      Based on my training and participation in firearms investigation, I know the following:

  a.   Prohibited possessors of firearms and possessors of stolen firearms frequently have photographs of themselves, their associates, their property and firearms, which are usually maintained in their homes, offices, and electronics.  Such photographs are commonly maintained in an individual cellular phone. Such photographs constitute evidence of their crime, establishing their connections with items of property with each other, and with firearms.

  b.   Your affiant, knows that it is a violation of Title 18 USC § 922(j) for any person to receive, possess, conceal, store, barter, sell, or dispose of any stolen firearm or stolen ammunition…which has been shipped or transported in interstate commerce…knowing or having reasonable cause to believe that the firearm or ammunition was stolen.

  c.   As an ATF Special Agent, I am familiar with federal criminal laws pertaining to firearms, explosives and narcotics violations.  I know that it is a violation of Title 18 USC § 922(n) for any person who has been subject of the filing of a State Information case to possess a firearm.   I know that it is a violation of 18 U.S.C. § 922(j) for any person to receive, possess, conceal, store, barter, sell, or dispose of any stolen firearm or stolen ammunition which has been shipped or transported in interstate commerce knowing or having reasonable cause to believe that the firearm or ammunition was stolen

2

**Facts in Support of Probable Cause**

5.      On June 28, 2016, I responded to a burglary investigation at the Warhorse Firearms of the Rockies, a federal firearms licensee, located at 3105 W. County Line Rd., Littleton CO 80129.  I met with Littleton Police Department (LPD) Detective Sam Mullins inside the store.  I observed the broken door (entry point) and the firearm display area.  I viewed the surveillance footage and was able to see the suspects arrive in a white four door Honda with cracked taillight. Three suspects exited the vehicle and the driver remained in the vehicle.  The suspects removed two cases of "Nestle" water from the trunk of the vehicle and threw the cases of water through the front door of the business at about 5:07 a.m.   The unknown suspects had hoodies covering their faces and were wearing blue latex gloves.

6.      On June 28, 2016, ATF Industry Operation Investigator (IOI) Kristen Moore assisted Warhorse Firearms of the Rockies with an inventory. The following firearms were found to be taken in the burglary:

- Rock River Arms, Model LAR 15, 5.56 caliber rifle, Serial Number KT110067
- Howa, Model 1500, 300 Winchester rifle, serial number B332418
- Standard Manufacturing, Model DP-12, 12 gauge shotgun, serial number DP05838
- Standard Manufacturing, Model DP-12, 12 gauge shotgun, serial number DP15119
- Bushmaster, Model XM5-E2S, multi caliber rifle, serial number BK5402843
- Palmetto State Armory, Model AR SE, Unknown caliber rifle, serial number PA046825
- Franklin Armory, Model M4, 5.56 caliber rifle, serial number T-2969
- Franklin Armory, Model LTW 5.56 caliber rifle, serial number FA-2334X
- Benelli, Model M2 Tactical, 12 gauge semi-auto shotgun, serial number M844688L
- Remington, Model 700, 30-06 rifle, serial number 6280479

7.      On July 14, 2016, Special Agent Matt Pound and I attended an informational meeting at Denver Police Department (DPD) District 4, 2100 S. Clay St. Denver CO 80219.  The meeting was held to share information regarding several Burglaries and Auto Thefts in the Denver Metro area.

Detective Christine Chavez provided information on stolen white Honda Civic and its association with Antonio MESTAS-TRUJILLO (DOB: 02/13/1997).

8.    On July 15, 2016 I obtained and reviewed DPD report number 2016-405893.   The report indicated the following: On June 27, 2016 after 10:00 p.m. a white Honda Civic (Colorado plate 089ZQH) was stolen from 2120 S. Irving St., Denver CO 80219 (DPD report 2016-405893). The burglary at Warhorse Firearms of the Rockies took place on June 28, 2016 at 5:07 a.m. and involved a white Honda with a broken rear taillight.

9.    On July 15, 2016, I obtained and reviewed DPD report number 2016-405893.   The report indicated the following: On July 1, 2016, DPD Officer Gerald Hoff recovered the stolen white Honda Civic (Colorado plate 089ZQH) on the south east corner of Iowa Ave. and S. Patton Ct., Denver CO 80219.  The location is across the street from 1607 S. Patton Ct., Denver CO 80219 (the grandmother's residence of Antonio MESTAS-TRUJILLO).  The white Honda Civic is very similar to the white four door Honda I saw in the surveillance footage from the Warhorse Firearms of The Rockies burglary.  The white Honda Civic had a broken rear taillight and cracked rear bumper.  The vehicle was impounded and placed in the Denver impound yard located at 5160 York St., Denver CO 80202.

10.   On July 8, 2016, DPD Detective Chavez recovered a portion of a blue latex glove from the stolen Honda Civic (DPD report number 2016-405893).  Detective Chavez submitted the portion of blue latex glove to be examined for DNA evidence. The results of the examination are still pending.

## The Residence

11.   On July 15, 2016, I obtained and reviewed DPD report number 2016-413378.   The report indicated the following: On July 9, 2016 DPD Officer Sean Cronin and DPD Officer Matt Dane were driving in the area of 362 S. Wolff St. Denver CO 80219 looking for a stolen vehicle.

12.   The officers observed Antonio MESTAS-TRUJILLO standing next to the open door of a reported stolen Green Chevrolet Metro, Colorado plate QIR646 (DPD case number 2016-

413378).  The officers attempted to contact Antonio MESTAS-TRUJILLO and he ran from the scene.  The Officers recovered the stolen vehicle and located a Ruger 22 Magnum revolver inside the vehicle.  The serial number on the firearm was obliterated.

13.   The Officers attempted to search the lower residence of 362 S. Wolff St., Denver CO 80219 for Antonio MESTAS-TRUJILLO.  The Officers contacted an unidentified female that stated she lived in the residence.  The unidentified female refused to allow the Officers to search the residence for Antonio MESTAS-TRUJILLO.

14.   On July 14, 2016, I obtained and reviewed DPD report number 2016-442590.  The report indicated the following: On July 13, 2016 Office Sean Cronin and Officer Matt Dane contacted the property manager of 362 S. Wolff St., Denver CO 80129.  The manager told Officer Cronin that he is aware of Antonio MESTAS-TRUJILLO and that Antonio MESTAS-TRUJILLO is associated with the bottom unit of 362 S. Wolff St., Denver CO 80219.  The manager told Officer Cronin that the upstairs unit is currently vacant.  Officer Dane spoke with a maintenance worker at the building complex.  This individual told Officer Dane that when the officers were looking for Antonio MESTAS-TRUJILLO he was hiding in the lower unit of 362 S. Wolff St., Denver CO 80219 on Saturday July 9, 2016.  The maintenance worker also told Officer Dane that he had recently observed Antonio MESTAS-TRUJILLO carry a "handful of long-guns" into the lower unit of 362 S. Wolff St., Denver CO 80219.  Officer Dane asked the maintenance worker when he/she observed Antonio MESTAS-TRUJILLO carry the weapons into the lower unit and the maintenance worker wasn't sure exactly what day it occurred.

15.   On July 15, 2016 SA Pound spoke with the building manager and asked him about the information the maintenance worker had reported about the "long guns".  The manager reported to SA Pound that the maintenance worker who works at his building told him that on Saturday July 9, 2016 he saw MESTAS-TRUJILLO carry a "handful of long-guns" into the lower unit of 362 S. Wolff St., Denver CO 80219.

16.   I researched the criminal history of Antonio MESTAS-TRUJILLO and found that he is currently under a State Information Filing for Distribution of a Controlled Substance in Denver District Court case # 2006CR2741.  The Information was filed on May 27, 2016. On July 15, 2016, I

5

researched the Colorado State Court case 2016CR2741. The Informational case was filed on May 27, 2016 and in the records it lists the home address of Antonio MESTAS-TRUJILLO as 362 S. Wolff St., Denver CO 80219. There are two active arrest warrants for Antonio MESTAS-TRUJILLO. One warrant lists 362 S. Wolff St., Denver CO 80219 as the home address of Antonio MESTAS-TRUJILLO and the other address lists 1607 S. Patton Ct., Denver CO 80219.

17.    In sum, a white Honda four door sedan with a broken taillight was used during the burglary of the Warhorse Firearms of the Rockies on June 28, 2016. During the burglary, ten firearms were stolen, all of which were rifles or "long guns."  On June 27, 2016, a white four door Honda Civic Colorado plate 089ZQH was stolen.  This vehicle was recovered on July 1, 2016 on S. Patton Ct. across the street from Antonio MESTAS-TRUJILLO grandmother's home, which is located at 1607 S. Patton Ct., Denver CO 80219.  When recovered the vehicle had a broken taillight. Upon search of the stolen vehicle, officers located a portion of a blue latex glove.  The individuals who burglarized the Warhorse Firearms of the Rockies were wearing blue latex gloves. On July 9, 2016, DPD Officers observed MESTAS-TRUJILLO in the driveway of the residence located at 362 S. Wolff St., Denver CO 80219.   Court documents and arrest warrants from previous criminal court cases list this address as MESTAS-TRUJILLO and the property manager indicated that MESTAS-TRUJILLO stays at this address. When officers observed MESTAS-TRUJILLO he was standing next to a stolen car with the driver's side door open. Officers then observed a firearm with an obliterated serial number in the vehicle. When officers attempted to make contact he fled. When asked about MESTAS-TRUJILLO, the maintenance man indicated that he saw MESTAS-TRUJILLO going into the apartment with a handful of long guns. There is a reason to believe this was less than one week ago.

18.    Based on the above stated facts and observations, I believe that the property in Attachment A contains the fruits, instrumentalities, and evidence of violations of 18 U.S.C. §§ 922(n) and 922(j).  Therefore, I respectfully request that this court issue a Search Warrant for the property more fully described in Attachment A, to search for the fruits, instrumentalities, and evidence listed with particularity in Attachment B.


*s/ Alan Breneman*
_____
Alan Breneman, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to and subscribed before me this __15th__ day of July, 2016.

Michael J. Watanabe
UNITED STATES MAGISTRATE JUDGE

**This Affidavit was reviewed and submitted by Caroline Friedman, Assistant United States**

   **Attorney.**

7